# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40926
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 7, 2014

Lyle W. Cayce
Clerk

In the Matter of: ROBERT EDWIN JACOBSEN,

Debtor

-------------------------------------------------------------------------

ROBERT EDWIN JACOBSEN,

Appellant

v.

JOHN SRAMEK; BERNADETTE SRAMEK,

Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:11-CV-822

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed. The appellant has been given extensive process and the claim against the bankruptcy estate was

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

confirmed by this Court on January 25, 2010. With the individual discharge resolved, the bankruptcy court had no other issues and correctly rendered the judgment against the debtor.

AFFIRMED.